```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AJAY WRIGHT,

                              Plaintiff,

            -against-

THE GIDDY UP EXPRESS, LLC, et al.,

                            Defendants.

------------------------------------------------------------X

23-cv-08021 (VSB)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Thursday, December 28, 2023, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in-information by email before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Thursday, December 21, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

DATED:   October 19, 2023
                New York, New York

_____
SARAH NETBURN
United States Magistrate Judge