UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
AJAY WRIGHT, :
                           Plaintiff, :
:
         -against- : 23-CV-8021 (VSB)
:
: **ORDER**
:
THE GIDDY UP EXPRESS, LCC and :
ANDRE DUNKLEY, :
:
                        Defendants. :
:
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

    It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  December 28, 2023
        New York, New York

                                                      _____
                                                       Vernon S. Broderick
                                                      United States District Judge